IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

D. F., by L.M.P.,

    Plaintiff,

v.                                         CASE NO. 4:13cv3-RH/CAS

LEON COUNTY SCHOOL BOARD,

    Defendant.

_____/

ORDER CONTINUING THE TRIAL
AND EXTENDING DEADLINES

IT IS ORDERED:

1. The plaintiff's unopposed motion to continue the trial and extend pretrial deadlines, ECF No. 34, is GRANTED.

2. The trial is rescheduled for the two-week trial period that begins on August 18, 2014.

3. The discovery deadline is extended to April 30, 2014.

4. The deadline for the attorney conference required by the Order for Pretrial Conference, ECF No. 33, is extended to July 14, 2014.

5. The deadline for filing the pretrial stipulation and other papers required by paragraphs III and IV of the Order for Pretrial Conference is extended to July 28, 2014.

6. The clerk must reschedule the pretrial conference for the first available date on or after July 30, 2014.

7. No further extensions of the discovery deadline or trial date will be granted absent extraordinary, unforeseeable circumstances.

SO ORDERED on December 28, 2013.

                                      s/Robert L. Hinkle
                                      United States District Judge