# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

D. F., by L.M.P.,

    Plaintiff,

v.                                  CASE NO. 4:13cv3-RH/CAS

LEON COUNTY SCHOOL BOARD,

    Defendant.

_____/

## ORDER EXTENDING THE DEADLINE TO RESPOND TO THE RENEWED MOTION TO DISQUALIFY

The plaintiff's unopposed motion, ECF No. 42, to extend the deadline to respond to the renewed motion to disqualify is GRANTED. The deadline is extended to May 12, 2014.

SO ORDERED on May 8, 2014.

                                      s/Robert L. Hinkle
                                      United States District Judge