IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

D. F., by L.M.P.,

      Plaintiff,

v.                                  CASE NO. 4:13cv3-RH/CAS

LEON COUNTY SCHOOL BOARD,

      Defendant.

_____/

## ORDER EXTENDING THE DEADLINE TO MOVE FOR SUMMARY JUDGMENT AND DIRECTING THE CLERK TO SET A HEARING

The defendant's unopposed motion, ECF No. 46, to extend the deadline to move for summary judgment is GRANTED. The deadline is extended to June 2, 2014. By a separate notice, the clerk must set a hearing for the first available date on the defendant's second motion to disqualify the plaintiff's attorney and on the plaintiff's request for a further extension of the summary-judgment deadline.

SO ORDERED on May 17, 2014.

                                            s/Robert L. Hinkle
                                            United States District Judge