# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

D. F., by L.M.P.,

    Plaintiff,

v.                         CASE NO. 4:13cv3-RH/CAS

LEON COUNTY SCHOOL BOARD,

    Defendant.

_____/

## ORDER DENYING THE DEFENDANT'S RENEWED MOTION TO DISQUALIFY THE PLAINTIFF'S ATTORNEY, ALLOWING THE DEFENDANT TO DEPOSE THE ATTORNEY, SETTING THE SUMMARY-JUDGMENT SCHEDULE, AND ALLOWING THE PLAINTIFF'S ATTORNEY TO USE A RECORDING DEVICE

      This order confirms the rulings announced on the record of the hearing on May 23, 2014. As announced at that time, I find that it would work a substantial hardship on the plaintiff to disqualify his attorney Rosemary N. Palmer if, in response to a solicitation of volunteers through the court's case-management and electronic filing system, another attorney does not agree to undertake the representation.

      IT IS ORDERED:

Case 4:13-cv-00003-RH-CAS   Document 56   Filed 06/03/14   Page 2 of 2

Page 2 of 2

1. The defendant's renewed motion to disqualify Ms. Palmer, ECF No. 40, is DENIED. But volunteers will be solicited to take over the representation. And the defendant may depose Ms. Palmer at a mutually agreeable time. The discovery deadline of April 30, 2014, remains otherwise in effect.

2. The deadline for the defendant to file a summary-judgment motion remains June 2, 2014. The deadline for the defendant to respond and to file a cross-motion for summary judgment is extended to June 30, 2014. The defendant may file a reply memorandum in support of its summary-judgment motion and a response to the plaintiff's cross-motion by July 14, 2014.

3. The plaintiff's motion for accommodation, ECF No. 49, is GRANTED IN PART. Ms. Palmer may use a "Livescribe Smartpen" device during any proceeding in this case subject to the following restrictions. Ms. Palmer must make available to the defendant's attorney upon request any recording made by the device of any proceeding in this case. Any such recording is otherwise for Ms. Palmer's use only. A recording must not be further distributed without the court's advance approval.

SO ORDERED on June 3, 2014.

                                                  s/Robert L. Hinkle
                                                United States District Judge