IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

D. F., by L.M.P.,

    Plaintiff,

v.                                CASE NO. 4:13cv3-RH/CAS

LEON COUNTY SCHOOL BOARD,

    Defendant.

_____/

**ORDER TEMPORARILY SEALING SUMMARY-JUDGMENT
EXHIBITS BUT OTHERWISE DENYING THE MOTION TO SEAL**

      The defendant filed a consented motion to seal its summary-judgment motion, exhibits to the motion, the plaintiff's response, and exhibits to the plaintiff's response. The asserted justification is that the plaintiff is a public-school student, the case involves educational and medical information about the student, and the summary-judgment exhibits include the student's name, his mother's name, and perhaps other identifying information.

      To protect the plaintiff's privacy interests, the student and his mother have been allowed to proceed under their initials, without disclosing their identity in the public record, and electronic access to the court file has been blocked, leaving the

court file publicly available at the courthouse but practically obscure.  To further protect the plaintiff's privacy interests, identifying information can be redacted from exhibits, with full copies filed under seal.  But there is no need to seal a summary-judgment motion itself or memoranda addressing the motion.  There is no need to seal entire exhibits.

This is a public court system.  Sealing is disfavored.  Materials that are filed for consideration by the court on matters under submission are publicly available unless there is good cause for sealing.  Here there is good cause to redact identifying information from exhibits.  But there is not good cause for the broad sealing the parties have requested.

To avoid unnecessary expense, this order seals summary-judgment exhibits temporarily.  If any person requests access to an exhibit, the party who filed it will be required to file within five days a redacted copy that omits only identifying information.

For these reasons,

IT IS ORDERED:

1. The motion to seal, ECF No. 54, is GRANTED IN PART.

2. The clerk must maintain on the public docket—available at the courthouse but not available to nonparties electronically—any summary-judgment

motion and any memorandum in support of or in opposition to a summary-judgment motion. The motion to seal those materials is denied.

3. The clerk must maintain under seal any exhibit filed in support of or in opposition to a summary-judgment motion if the exhibit includes information identifying the student who is the real party in interest or the student's mother who filed this case on the student's behalf.

4. Upon request by any person for access to an exhibit sealed under this order, the clerk must give notice of the request to the parties, and, unless otherwise ordered, the party who filed the exhibit must, within five days after the giving of notice—without an extension based on electronic service of the notice—file a redacted copy of the exhibit that omits only information identifying the student who is the real party in interest or the student's mother who filed this case on the student's behalf. The redacted copy, like other materials in the court file, will be publicly available at the courthouse but not electronically.

SO ORDERED on June 3, 2014.

                                            s/Robert L. Hinkle
                                            United States District Judge